## GLEASON ET AL. *v.* CARR ET AL.

[No. 23,104. Filed November 22, 1916.]

APPEAL.—*Temporary Injunction.*—*Perfecting Appeal.*—An appeal from an order granting a temporary injunction must be perfected during the term at which the order is made.

From Lake Superior Court; *William Darroch,* Special Judge.

Action by Drusilla Carr and others against William P. Gleason and others. From an order granting a temporary injunction, the defendants appeal. *Appeal dismissed.*

*Ora L. Wildermuth* and *Claude V. Ridgely,* for appellants.
*Everett Guy Ballard,* for appellees.

Bettenbrock *v.* Kirsch—185 Ind. 716.

MORRIS, J.—This is an appeal from an order granting a temporary injunction. The order was made at the March term, 1916, of the Lake Superior Court. The transcript was filed here long after the expiration of such term. Appeals of this character must be perfected during the term at which the order is made. *Perrott* v. *Glenn* (1916), *ante* 715, 112 N. E. 891, and authorities cited. Appeal dismissed.